# IN THE SUPREME COURT OF THE STATE OF NEVADA

SCOTT D. SEXTON; AND SONIA L. SEXTON,
Appellants,
vs.
VSD 4 LLC,
Respondent.

No. 66846

**FILED**

MAR 0 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. Costs and attorney fees shall be borne according the parties' settlement agreement.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Scott N. Freeman, District Judge
      Gunderson Law Firm
      McDonald Carano Wilson LLP/Reno
      Washoe District Court Clerk

16-07146